No. 378. OLD DOMINION IRON & NAIL WORKS COMPANY, PLAINTIFF IN ERROR, *v.* CHESAPEAKE & OHIO RAILWAY COMPANY AND CITY OF RICHMOND. In error to the Supreme Court of Appeals of the State of Virginia. Motion to dismiss submitted January 15, 1917. Decided January 29, 1917. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of (1) *Eustis* v. *Bolles,* 150 U. S. 361; *Leathe* v. *Thomas,* 207 U. S. 93; *Mellon Company* v. *McCafferty,* 239 U. S. 134; (2) *Pierce* v. *Southern Railway,* 171 U. S. 641; *Preston* v. *Chicago,* 226 U. S. 447, 450; *Wood* v. *Chesbrough,* 228 U. S. 672, 677; (3) *Moran* v. *Horsky,* 178 U. S. 205. *Mr. Eppa Hunton, Jr., Mr. E. Randolph Williams* and *Mr. Henry W. Anderson* for the plaintiff in error. *Mr. H. R. Pollard* and *Mr. Henry Taylor, Jr.,* for the defendants in error.

No. 565. THE MINNEAPOLIS & ST. LOUIS RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* BERTHA L. THOMPSON, AS ADMINISTRATRIX OF THE ESTATE OF CHARLES E. THOMPSON, DECEASED. In error to the Supreme Court of the State of Minnesota. Argued January 26, 1917. Decided January 29, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago Junction Railway Co.* v. *King,* 222 U. S. 222; *Seaboard Air Line Railway* v. *Padgett,* 236 U. S. 668; *Great Northern Railway Co.* v. *Knapp,* 240 U. S. 464; *Baltimore & Ohio R. R. Co.* v. *Whitacre, ante,* 169. *Mr. William H. Bremner* and *Mr. Frederick M. Miner* for the plaintiff in error. *Mr. Humphrey Barton* for the defendant in error.